# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friot, Stephen P. | District Court - W.D. of Okla. | 04/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior Status) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

200 N.W. 4th St., Room 3102
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Troop Committee, Troop 4, Last Frontier Council, Boy Scouts of America |
| 2. | Past President, Director and Member of the Executive Committee | Last Frontier Council, Inc., Boy Scouts of America |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | MIDFIRST BANK | A | Interest | K | T | | | | | |
| 2. | CAN IMP BANK OF COMMERCE | A | Interest | L | T | | | | | |
| 3. | CHARLES SCHWAB (CASH ACCOUNT) | A | Interest | | | Closed | 01/12/18 | K | | |
| 4. | T-C S&P 500 IND-RTMT | | None | M | T | | | | | |
| 5. | TIAA RETIREMENT VARIABLE ANNUITY (H) | | | | | | | | | |
| 6. | CREF STOCK R1 | | None | M | T | | | | | |
| 7. | TIAA SUPPLEMENTAL RET VARIABLE ANNUITY (H) | | | | | | | | | |
| 8. | TIAA TRADITIONAL (CASH) | A | Interest | K | T | | | | | |
| 9. | CREF STOCK R1 | | None | L | T | | | | | |
| 10. | CREF MONEY MARKET R1 | A | Interest | J | T | | | | | |
| 11. | IRA #1 (H) | | | | | | | | | |
| 12. | TIAA-CREF TRUST CO CASH | A | Interest | J | T | Distributed (part) | 02/15/18 | L | | |
| 13. | TIAA-CREF INFL LINKED BD FD (TIILX) | A | Dividend | | | Sold | 04/27/18 | K | | |
| 14. | ISHARES BARCLAYS TIPS BOND ETF (TIP) | A | Dividend | J | T | Sold (part) | 04/27/18 | K | | |
| 15. | TIAA-CREF HIGH YIELD FUND (TIHYX) | C | Dividend | K | T | Sold (part) | 04/27/18 | K | | |
| 16. | FEDERATED TOTAL RETURN (FTRBX) | B | Dividend | L | T | Buy (add'l) | 01/02/18 | J | | |
| 17. | | | | | | Buy (add'l) | 04/27/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO EMERGING LOCAL BOND (PELBX) | A | Dividend | J | T | Sold (part) | 04/27/18 | K | | |
| 19. | | | | | Sold (part) | 12/11/18 | J | | |
| 20. FIDELITY ADV EMERGING MARKETS INC I (FMKIX) | A | Dividend | | | Sold (part) | 04/27/18 | J | | |
| 21. | | | | | Sold | 12/07/18 | J | | |
| 22. VANGUARD TOTAL BOND MARKET INDEX (VBTLX) | B | Dividend | L | T | | | | | |
| 23. MAINSTAY HIGH YLD CORP BND - 1 (MHYIX) | A | Dividend | | | Sold | 04/27/18 | J | | |
| 24. DFA INFLATION PROTECTED SEC FUND (DIPSX) | A | Dividend | J | T | Sold (part) | 04/27/18 | K | | |
| 25. DELAWARE DIVERSIFIED INCOME (DPFFX) | C | Dividend | L | T | Buy (add'l) | 02/01/18 | J | | |
| 26. | | | | | Buy (add'l) | 04/27/18 | L | | |
| 27. VANGUARD SHORT TERM BOND INDEX (VBIRX) | B | Dividend | K | T | Buy (add'l) | 01/02/18 | J | | |
| 28. | | | | | Sold (part) | 04/27/18 | K | | |
| 29. FIDELITY NEW MARKETS INC (FGZMX) | | None | J | T | Buy | 12/07/18 | J | | |
| 30. VANGUARD SMALL CAP INDEX (VSMAX) | A | Dividend | K | T | | | | | |
| 31. ISHARES RUSSELL 2000 VALUE ETF (IWN) | A | Dividend | K | T | | | | | |
| 32. ISHARES RUSSELL MIDCAP GRWTH ETF (IWP) | | None | L | T | Buy | 04/27/18 | L | | |
| 33. COHEN & STEERS REAL ESTATE SEC I (CSDIX) | A | Dividend | | | Buy | 02/01/18 | J | | |
| 34. | | | | | Buy (add'l) | 02/02/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 04/17/18 | K | | |
| 36. DIAMOND HILL LONG/SHORT (DHLXS) | | None | | | Sold | 04/13/18 | L | | |
| 37. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | K | T | | | | | |
| 38. VANGUARD GROWTH INDEX FUND (VIGAX) | C | Dividend | M | T | Sold (part) | 01/30/18 | J | | |
| 39. | | | | | Buy (add'l) | 04/27/18 | L | | |
| 40. VANGUARD MID CAP VALUE INDEX (VOE) | B | Dividend | K | T | | | | | |
| 41. VANGUARD REIT ETF (VNQ) | A | Dividend | | | Sold | 04/27/18 | K | | |
| 42. VANGUARD VALUE INDEX FUND (VVIAX) | D | Dividend | M | T | Sold (part) | 02/09/18 | K | | |
| 43. | | | | | Buy (add'l) | 05/01/18 | K | | |
| 44. VOYA REAL ESTATE I (CRARX) | A | Dividend | | | Sold | 02/01/18 | J | | |
| 45. ARTISAN MIDCAP VALUE (APDQX) | D | Dividend | K | T | | | | | |
| 46. VANGUARD MID CAP INDEX FUND (VIMAX) | | None | | | Sold | 04/27/18 | L | | |
| 47. HARBOR INTERNATIONAL (HAINX) | | None | | | Sold | 01/31/18 | L | | |
| 48. DFA EMERGING MARKETS VALUE (DFEVX) | B | Dividend | L | T | Buy (add'l) | 04/27/18 | L | | |
| 49. | | | | | Sold (part) | 07/24/18 | J | | |
| 50. AMERICAN EUROPACIFIC GROWTH FD (AEPFX) | C | Dividend | | | Buy (add'l) | 04/27/18 | L | | |
| 51. | | | | | Sold | 08/21/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMER FUNDS EUROPAC GROW F3 (FEUPX) | C | Dividend | M | T | Buy | 08/21/18 | M | | |
| 53. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 54. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 55. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 56. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 57. AQR MANAGED FUTURES STR I (AQMIX) | | None | | | Sold | 04/12/18 | K | | |
| 58. DFA INT'L SMALL CAP VALUE (DISVX) | A | Dividend | J | T | Sold (part) | 04/27/18 | K | | |
| 59. TIAA-CREF INTL EQUITY FD I (TIIEX) | D | Dividend | M | T | Buy | 01/30/18 | L | | |
| 60. | | | | | Buy (add'l) | 04/27/18 | K | | |
| 61. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 62. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 63. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 64. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 65. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 66. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 68. TRUST #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIAA-CREF TRUST CO CASH (X) (Y) | | | | | | | | | |
| 70. NUVEEN INTER DUR MUNI BOND I (NUVBX) | A | Dividend | J | T | Buy | 11/21/18 | J | | |
| 71. VANGUARD INTERMEDIATE TERM TAX-EXEMPT FUND (VWUIX) | A | Dividend | | | Buy (add'l) | 06/05/18 | K | | |
| 72. | | | | | Sold (part) | 08/30/18 | J | | |
| 73. | | | | | Sold | 11/21/18 | K | | |
| 74. VANGUARD HIGH-YIELD TAX-EXEMPT FUND (VWALX) | A | Dividend | | | Sold | 06/05/18 | J | | |
| 75. WELLS FARGO ULTR SHORT TERM MUNICIPAL INCOME FUND (SMAIX) | A | Dividend | | | Sold | 06/05/18 | J | | |
| 76. WELLS FARGO MUNICIPAL BOND FD (WMBRX) | A | Dividend | J | T | Buy | 11/21/18 | J | | |
| 77. FIDELITY ADVISOR EMERGING MARKETS INCOME FUND (FMKIX) | A | Dividend | | | Sold | 06/05/18 | J | | |
| 78. VANGUARD SMALL-CAP ETF (VB) | A | Dividend | J | T | | | | | |
| 79. WASATCH SMALL-CAP GROWTH FUND (WIAEX) | A | Distribution | | | Sold | 12/27/18 | J | | |
| 80. ISHARES RUSSELL 2000 VALUE ETF (IWN) | A | Dividend | | | Sold | 08/30/18 | J | | |
| 81. VANGUARD GROWTH ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 06/04/18 | J | | |
| 82. | | | | | Sold (part) | 08/30/18 | J | | |
| 83. VANGUARD VALUE ETF (VTV) | A | Dividend | J | T | Sold (part) | 08/30/18 | J | | |
| 84. VANGUARD IND FD MID-CAP (VO) | A | Dividend | J | T | | | | | |
| 85. VANGUARD MID-CAP VALUE INDEX (VOE) | A | Dividend | J | T | Sold (part) | 08/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/27/18 | J | | |
| 87. ISHARES CORE MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy | 08/16/18 | K | | |
| 88. | | | | | Sold (part) | 08/30/18 | J | | |
| 89. | | | | | Sold (part) | 12/27/18 | J | | |
| 90. AQR MANAGED FUTURES STR-I (AQMIX) | | None | | | Sold | 06/05/18 | J | | |
| 91. ISHARES CORE MSCI EMERGING (IEMG) | | None | J | T | Buy | 12/24/18 | J | | |
| 92. ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | A | Dividend | J | T | Sold (part) | 06/04/18 | J | | |
| 93. VANGUARD FTSE DEVELOPED MARKETS ETF (VEA) | A | Dividend | J | T | Buy (add'l) | 06/04/18 | J | | |
| 94. | | | | | Sold (part) | 08/16/18 | K | | |
| 95. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 96. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | | | Sold (part) | 08/30/18 | J | | |
| 97. | | | | | Sold | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen P. Friot**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544